DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARQIUS JAMAAL WHITE,

Appellant,

v.

DEPARTMENT OF REVENUE and
CHARMAINE JONTE LEE,

Appellees.

_____

No. 2D2025-2618
_____

May 27, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Matthew L. Felix, Judge.

Marqius Jamaal White, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto,
Assistant Attorney General, Fort Lauderdale, for Appellee Department of
Revenue.

No appearance for Appellee Charmaine Jonte Lee.

PER CURIAM.

        Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.